Azar Mouzari, Esq. (State Bar No. 263461)
**BEVERLY HILLS TRIAL ATTORNEYS, P.C.**
468 N. Camden Drive, Suite 238
Beverly Hills, California 90210
Tel:  310-858-5567
Fax: 424-286-0963
Email: azar@bhtrialattorneys.com

Attorneys for Plaintiff ANDREW BARACCO

JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW BARACCO, an individual. <br><br> Plaintiff, <br> v. <br><br> AT&T CORPORATION, a Delaware Corporation, and DOES 1-10, inclusive. <br><br> Defendants. | No. 2:24-cv-00313-DMG-PVCx <br><br> ORDER OF DISMISSAL <br><br> Judge: Hon. Dolly M. Gee |

Order of Dismissal
- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: 03/15/2024

_____
HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE